920 A.2d 1227

IN THE MATTER OF GEORGE K. WALTON, AN ATTORNEY
AT LAW (ATTORNEY NO. 020991975).

May 10, 2007.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–319, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **GEORGE K. WALTON** of **MILFORD**, who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate with client), and good cause appearing;

It is ORDERED that **GEORGE K. WALTON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.